UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80341-DMM

NELSON FERNANDEZ,

    Plaintiff,

vs.

PERRY ELLIS MENSWEAR, LLC,
d/b/a ORIGINAL PENGUIN,
a foreign limited liability company,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

Plaintiff, NELSON FERNANDEZ ("Plaintiff"), and Defendant, PERRY ELLIS MENSWEAR, LLC d/b/a ORIGINAL PENGUIN ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action *with prejudice*, with the Parties to bear their own attorney/paralegal fees, expert fees, costs, and expenses except as otherwise provided in the Parties' Confidential Settlement Agreement and Release ("Agreement"). A proposed Order of Dismissal With Prejudice is attached hereto as Exhibit 1.

Without admitting liability, to avoid the time and expense of litigation, Defendant has agreed that within twelve (12) months after the Effective Date of the Agreement, Defendant will modify www.originalpenguin.com (the "Website") to improve accessibility.

Dated:  May 13, 2024.                              Respectfully submitted,

| | |
|---|---|
| */s/ Arlene K. Kline*_____<br>Arlene K. Kline (Florida Bar No. 104957)<br>Primary: arlene.kline@akerman.com<br>Secondary: danielle.putnam@akerman.com<br>Melissa S. Zinkil (Florida Bar No. 0653713)<br>Primary: melissa.zinkil@akerman.com<br>Secondary: elisa.waites@akerman.com<br>**AKERMAN LLP**<br>777 South Flagler Drive<br>Suite 1100 West Tower<br>West Palm Beach, Florida 33401<br>Telephone: (561) 671-3675<br>Facsimile: (561) 659-6313<br><br>*Attorneys for Defendant,*<br>*Perry Ellis Menswear, LLC* | */s/ Roderick V. Hannah*_____<br>Roderick V. Hannah, Esq.<br>Florida Bar No. 435384<br>Email: rhannah@rhannahlaw.com<br>**Roderick V. Hannah, Esq., P.A.**<br>4800 North Hiatus Road<br>Sunrise, FL 33351-7919<br>Phone: 954-362-3800<br>Fax: 954-362-3779<br><br>and<br><br>Pelayo M. Duran, Esq.<br>Florida Bar No. 146595<br>Email: duranandassociates@gmail.com<br>**Law Office of Pelayo Duran, P.A.**<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>Phone: 305-266-9780<br>Fax: 305-269-8311<br><br>*Attorneys for Plaintiff, Nelson Fernandez* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2024, the foregoing document is being served on all counsel of record identified in the below Service List via CM/ECF.

/s/ Arlene K. Kline_____
Arlene K. Kline
Florida Bar Number: 104957

## SERVICE LIST

Arlene K. Kline, Esq.
Primary: arlene.kline@akerman.com
Secondary: danielle.putnam@akerman.com
Melissa S. Zinkil, Esq.
Primary: melissa.zinkil@akerman.com
Secondary: elisa.waites@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, Florida 33401
Telephone: (561) 671-3675
Facsimile: (561) 659-6313

*Attorneys for Defendant,*
*Perry Ellis Menswear, LLC*

Roderick V. Hannah, Esq.
Email: rhannah@rhannahlaw.com
**Roderick V. Hannah, Esq., P.A.**
4800 North Hiatus Road
Sunrise, FL 33351-7919
Phone: 954-362-3800
Fax: 954-362-3779

and

Pelayo M. Duran, Esq.
Email: duranandassociates@gmail.com
**Law Office of Pelayo Duran, P.A.**
4640 N.W. 7th Street
Miami, FL 33126-2309
Phone: 305-266-9780
Fax: 305-269-8311

*Attorneys for Plaintiff, Nelson Fernandez*