UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-80341-CV-MIDDLEBROOKS

NELSON FERNANDEZ,

    Plaintiff,

v.

PERRY ELLIS MENSWEAR, LLC,
d/b/a ORIGINAL PENGUIN,
*a foreign limited liability company*,

    Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon Plaintiff Nelson Fernandez and Defendant Perry Ellis Menswear, LLC's Joint Stipulation for Dismissal with Prejudice, filed on May 13, 2024, 2024. (DE 12). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no Order of the Court is required to dismiss this action.  Accordingly, it is hereby **ORDERED and ADJUDGED** that:

    (1) The above-styled action is **DISMISSED WITH PREJUDICE.**

    (2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 13th day of May, 2024.

*[signature]*

Donald M. Middlebrooks
United States District Judge